UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**DENNIS G. BEHEITER**

Defendant.

Criminal Action No. **03cr295**
(CKK)

**FILED**

NOV 19 2009

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated September 24, 2009, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

WHEREFORE, it is this _19th_ day of November, 2009,

**ORDERED** that the Report and Recommendation filed on September 24, 2009, in the above-captioned case is **ADOPTED**. It is

**FURTHER ORDERED** that Defendant shall appear before the Court for Re-Sentencing on December 1, 2009, at 9:30 a.m. in Courtroom 28-A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Danielle Jahn, AFPD
Angela George, AUSA
Frederick Albert, US Probation Officer
Magistrate Judge Alan Kay